# Court of Appeals
# of the State of Georgia

ATLANTA,  May 23, 2012

*The Court of Appeals hereby passes the following order:*

**A12A1863.  MICHAEL MINOR v. AMERICAN EXPRESS BANK, FSB.**

American Express Bank, FSB sued Michael Minor on account.  The trial court granted summary judgment in favor of American Express, awarding a judgment of $2,912.92, plus $261.00 in costs.  Minor then appealed directly to this Court. However, the discretionary appeal procedure is required where a money judgment in an action for damages totals $10,000.00 or less.  See OCGA § 5-6-35 (a) (6). Because Minor failed to follow the required procedure, his appeal is hereby DISMISSED for lack of jurisdiction. See *Hill v. Rose Electric Co.*, 220 Ga. App. 603 (469 SE2d 844) (1996).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 05/23/2012
*I certify that the above is a true extract from* the minutes of the Court of Appeals of Georgia.
*Witness my signature and the seal of said court* hereto affixed the day and year last above written.



, *Clerk.*